```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NITZALY FABAL and NITZALY FABAL as mother:
and guardian of her child RAFAEL VICIOSO,:  09 Civ. 5605 (DLC)
an infant under the age of 18,           :
                                         :
                   Plaintiffs,           :   ORDER
                                         :
        -v-                              :
                                         :
THE CITY OF NEW YORK; NEW YORK CITY POLICE:
DEPARTMENT; HON. ROBERT A. MORGENTHAU,   :
District Attorney of New York County;    :
Police Officer JOCELYN PERALTA; Police   :
Officer MAXIMO DIAZ; Sergeant JUAN DURAN;:
Police Officer "JANE DOE"; and Police    :
Officer "JOHN DOE",                      :
                                         :
                   Defendants.           :
                                         :
---------------------------------------- X
```

````
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED:  4/2/10     │
└─────────────────────────┘
````

DENISE COTE, District Judge:

For the reasons stated on the record at a telephone conference held with the parties on April 2, 2010, it is hereby

ORDERED that the parties' joint application for an extension of the discovery schedule is granted. The following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **April 16, 2010**.

2. The plaintiffs shall provide medical release forms for both Ms. Fabal and the infant plaintiff by **April 16, 2010**.

3. All fact discovery must be completed by **May 28, 2010**.

4.  Plaintiffs' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **June 18, 2010**. Defendants' identification of experts and disclosure of expert testimony must occur by **July 9, 2010**.

5.  All expert discovery must be completed by **July 30, 2010**.

6.  The Joint Pretrial Order must be filed by **August 20, 2010**. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:   New York, New York
         April 2, 2010

_____
DENISE COTE
United States District Judge